UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

JALAAL MOHAMMEDI, SAARAH MOHAMEDI, :     08 CV 2747 (MGC)
OMAR MOHAMEDI AND RONA
MOHAMMEDI,     **STATEMENT PURSUANT TO**
    **FED. R. CIV. P. 7.1**

             Plaintiffs,

- against –

ROYAL AIR MAROC LTD.,

             Defendant.
------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for defendant ROYAL AIR MAROC certifies that the following are parent corporations and any publicly held corporation that owns more than 10% of stock of ROYAL AIR MAROC:

      None

Dated:     New York, New York
            May 7, 2008

                           CONDON & FORSYTH LLP

                           By_____
                           Michael J. Holland (MH 8329)
                           A Partner of the Firm
                           7 Times Square
                           New York, New York 10036
                           Tel: (212) 490-9100
                           Fax: (212) 370-4482
                           Attorneys for Defendant
                           Royal Air Maroc, Ltd.