

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JALAAL MOHAMMEDI, SAARAH MOHAMEDI,
OMAR MOHAMEDI AND RONA MOHAMMEDI,

                Plaintiffs,
    v.                              INDEX NO.08-cv-2747 (MGC)

ROYAL AIR MAROC LTD,

                Defendant.
-------------------------------------------------------X

### STIPULATION TO EXTEND TIME TO AMEND COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that Plaintiffs shall have until August 8, 2008 to amend their complaint.

Dated: New York, NY
       July 31, 2008

_____
Angela Migally (AFM 963?)
Law Firm of Omar T. Mohammedi, LLC
233 Broadway, Suite 801
New York, New York 10016
Telephone: (212) 725-3846
Facsimile: (212) 202-7621
*Attorney for Plaintiffs*

_____
Michael Holland (MH8329)
Condon & Forsyth LLP
7 Times Square
New York, New York 10036
Telephone: (212) 490-9100
Facsimile: (212) 370-4482
*Attorney for Defendant*

So Ordered

5/13/08

_____
The Honorable ~~Miriam Goldman Cedarbaum~~
Richard J. Sullivan
Part I

1