UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JALAAL MOHAMMEDI, SAARAH MOHAMEDI,
OMAR MOHAMEDI AND RONA MOHAMMEDI,

                Plaintiffs,

v.                                   INDEX NO. 08-cv-2747 (MGC)

ROYAL AIR MAROC LTD,

                Defendant.
-------------------------------------------------------------X

**STIPULATION TO EXTEND TIME TO AMEND COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that Plaintiffs shall have until August 25, 2008 to amend their complaint.

Dated: New York, NY
        August 18, 2008

| | |
|---|---|
| _____ | _____ |
| Angela Migally (AFM 9637) | Michael Holland (MH 8329) |
| Law Firm of Omar T. Mohammedi, LLC | Condon & Forsyth LLP |
| 233 Broadway, Suite 801 | 7 Times Square |
| New York, New York 10016 | New York, New York 10036 |
| Telephone: (212) 725-3846 | Telephone: (212) 490-9100 |
| Facsimile: (212) 202-7621 | Facsimile: (212) 370-4482 |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |

So Ordered: _____ AUG 2 0 2008

Part I

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 0 2008

1