UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JALAAL MOHAMMEDI, SAARAH MOHAMEDI,
OMAR MOHAMEDI AND RONA
MOHAMMEDI,

                  Plaintiffs,                CERTIFICATE OF SERVICE

    v.

ROYAL AIR MOROC LTD,                  INDEX NO. 08-cv-2747 (MGC)

                  Defendant.
------------------------------------------------------------X



     I, Amina Esseghir, hereby certify that on this day, I caused PLAINTIFFS' FIRST AMENDED COMPLAINT, to be served upon Michael J. Holland, Condon & Forsyth LLP, 7 Times Square, New York 10036, counsel for Defendant ROYAL AIR MAROC LTD via first class mail.

Dated: August 21, 2008.

                                            _/s/ Amina Esseghir_

                                            Amina Esseghir
                                            The Law Firm of Omar T. Mohammedi LLC
                                            233 Broadway, Suite 801
                                            New York, NY10279